# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all others simlarly situated,

        Plaintiff(s),

vs.

THE PARKING REIT, INC., et al.,

        Defendant(s).

Case #2:19-cv-00428-~~APG-PAL~~

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Christopher J. Gray___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Law Office of Christopher J. Gray, P.C.___
(firm name)

with offices at ___360 Lexington Ave., 14th Floor___,
(street address)

___New York___, ___New York___, ___10017___,
(city) (state) (zip code)

___(212) 838-3221___, ___chris@investorlawyers.net___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___SIPDA Revocable Trust___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  November 18, 1997 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  New York 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Schedule "A" Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Public Investors Arbitration Bar Association, Wisconsin Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Aug. 28, 2018 | Murray v. Provident | U.S.D.C D. Nev. | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Public Investors Arbitration Bar Association, Wisconsin Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Aug. 28, 2018 | Murray v. Provident | U.S.D.C D. Nev. | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __New York__ )
)
COUNTY OF __New York__ )

__Christopher J. Gray__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __2nd__ day of __April__, _____.

_____
Notary Public or Clerk of Court

ROHMON ALI THOMAS
Notary Public, State of New York
No. 01TH6282896
Qualified in New York County
Commission Expires August 11, 20__21__

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Martin L. Welsh__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__199 Arroyo Grande Blvd. Ste. 200__,
(street address)

__Henderson__, __Nevada__, __89074__,
(city)            (state)        (zip code)

__(702) 434-3444__, __mwelsh@lvlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Martin L. Welsh_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Trenton J. Warner, Trustee
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8720                    mwelsh@lvlaw.com
Bar number              Email address

APPROVED:

Dated: this __5th__ day of __April__, 20 _19_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## SCHEDULE "A'
## ADDITIONAL COURTS TO WHICH CHRISTOPHER J. GRAY IS ADMITTED

| Court | Date admitted | Bar Number |
|---|---|---|
| U.S. District Court, Eastern District of New York | August 16, 1998 | CG 0334 |
| U.S. District Court, Southern District of New York | August 16, 1998 | CG 0334 |
| U.S. Court of Appeals, Second Circuit | January 29, 2003 | 2003-050 |
| U.S. Supreme Court | December 10, 2007 | 266175 |
| U.S. District Court, Northern District of Ohio | November 17, 2008 | N/a |
| U.S. District Court, Eastern District of Texas | November 24, 2008 | N/a |
| U.S. District Court, Western District of New York | March 25, 2009 | N/a |
| U.S. District Court, Northern District of Texas | June 19, 2013 | 2854164NY |
| U.S. District Court, District of North Dakota | July 27, 2015 | N/a |
| Wisconsin Bar/Supreme Court | December 20, 2018 | 1116655 |

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### CHRISTOPHER J. GRAY

was admitted to practice as an attorney within this state on December 20, 2018 and is presently in good standing in this court.

Dated: March 26, 2019

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christopher Jon Gray

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 18th day of *November, 1997*, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 26th day of *March*, 2019.

*Robert D. Mayberger*
Clerk

