1
2
3
4
5
6                     **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7
8                                          )    Case #2:19-cv-00428
                                           )
9   SIPDA REVOCABLE TRUST et al            )
                                           )
10                 Plaintiff(s),           )    **VERIFIED PETITION FOR**
                                           )    **PERMISSION TO PRACTICE**
                                           )    **IN THIS CASE ONLY BY**
11          vs.                            )    **ATTORNEY NOT ADMITTED**
                                           )    **TO THE BAR OF THIS COURT**
12  THE PARKING REIT, INC., et al          )    **AND DESIGNATION OF**
                                           )    **LOCAL COUNSEL**
13                                         )
                 Defendant(s).            )
14                                         )    FILING FEE IS $250.00
15

16        _____, Petitioner, respectfully represents to the Court:
                Donald J. Enright
                (name of petitioner)
17
           1.    That Petitioner is an attorney at law and a member of the law firm of
18
                            Levi & Korsinsky, LLP
19   _____
                               (firm name)
20   with offices at _____,
                               1101 30th Street NW
                                (street address)
21
     _____, _____, _____,
           Washington              District of Columbia        20007
22          (city)                    (state)                 (zip code)
23   _____, _____.
        202-524-4290                denright@zlk.com
     (area code + telephone number)      (Email address)
24
           2.    That Petitioner has been retained personally or as a member of the law firm by
25
     _____ to provide legal representation in connection with
        SIPDA REVOCABLE TRUST et al
26          [client(s)]
27   the above-entitled case now pending before this Court.
28
                                                              Rev. 5/16

3.     That since _____May 3, 1999_____, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| *Attached as Exhibit 1* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/22/2018 | 3:18cv284 | U.S. District- Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                                    )
COUNTY OF ____Washington____ )

_____Donald J. Enright_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __April__, __2019__.

_____
Notary Public or Clerk of Court

BIANCA N. BUDHAI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  MARTIN L. WELSH ,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

199 N. ARROYO GRANDE BLVD., SUITE 200 ,
(street address)

HENDERSON , NEVADA , 89074 ,
(city)            (state)            (zip code)

(702) 434-3444 , mwelsh@lvlaw.com .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____*Attached as Exhibit 2*_____ as
                                       (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_8720_            mwelsh@lvlaw.com
Bar number             Email address

APPROVED:

Dated: April 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

# EXHIBIT 1

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | 12/13/1996 | 036841996 |
| State of Maryland | 12/17/1996 | 9612170271 |
| U.S. District Court for the District of New Jersey | 9/2/1997 | 036841996 |
| U.S. District Court for the District of Maryland | 11/30/1997 | 13551 |
| U.S. District Court for the District of Columbia | 5/3/1999 | MD013551 |
| U.S. Court of Appeals for the 5th Circuit | 6/7/1999 | N/A |
| U.S. Court of Appeals for the 4th Circuit | 9/27/1999 | N/A |
| District of Columbia Court of Appeals | 11/03/2004 | 49673 |
| U.S. Court of Appeals for the 2nd Circuit | 07/07/2005 | N/A |
| U.S. Court of Appeals for the 3rd Circuit | 04/02/2006 | N/A |
| U.S. District Court for the District of Colorado | 7/21/2017 | N/A |

# EXHIBIT 2

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Martin L. Welsh _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Trenton J. Warner, Trustee
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8720                               mwelsh@lvlaw.com
_____
Bar number                         Email address

APPROVED:

Dated: April 18, 2019

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATES OF GOOD STANDING

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **DONALD JAMES ENRIGHT**
*(No.* **036841996** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 13, 1996** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **25TH** *day of* **March** *, 20* **19** *.*

*Clerk of the Supreme Court*

-453a-



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Donald J Enright*

was duly qualified and admitted on **May 3, 1999** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 7, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1996,

## Donald James Enright

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of March, 2019.

_____

*Clerk of the Court of Appeals of Maryland*