LAW OFFICE OF HAYES & WELSH
Martin L. Welsh, Esq. (NV Bar # 8720)
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739
Email: mwelsh@lvlaw.com

[Additional Counsel Listed on Signature Page]

*Liaison Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all others similarly situated, | Case No. 2:19-cv-00428-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF, | |
| Defendants. | |

Plaintiff SIPDA Revocable Trust ("Plaintiff") and Defendants The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen and Allen Wolff ("Defendants") Nicholas Nilsen and Allen Wolff ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

///

///

///

///

///

1    WHEREAS, on March 12, 2019, Plaintiff filed the complaint in the above-captioned
2    action (the "Action"), a putative class action arising under the Securities Exchange Act of 1934,
3    including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-
4    4, against Defendants;
5    WHEREAS, on April 3, 2019, the Parties agreed that in the interests of judicial economy,
6    conservation of time and resources, and orderly management of this action, Defendants should
7    not answer or otherwise respond to the Action until after: (i) a lead plaintiff and lead counsel are
8    appointed by the Court pursuant to the PSLRA, (ii) such lead plaintiff designates or serves an
9    operative complaint, and (iii) lead plaintiff and Defendants have conferred in good faith
10   concerning a schedule for Defendants to respond to the operative complaint and a scheduling
11   order has been entered by the Court, and submitted a Stipulation Extending Time to Respond to
12   Complaint to the Court;
13   WHEREAS, on April 16, 2019, the Court issued an order granting the Stipulation
14   Extending Time to Respond;
15   WHEREAS, on June 13, 2019, the Court appointed Plaintiff as Lead Plaintiff in the
16   Action, and approved its selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") and Law
17   Office of Christopher J. Gray P.C. ("Gray P.C.") as Co-Lead Counsel, and Law Office of Hayes
18   & Welsh as Liaison Counsel for the Action; and
19   WHEREAS, Plaintiff and Defendants have conferred concerning a schedule for Plaintiff
20   to file an Amended Complaint and Defendants to respond to the Amended Complaint;
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27
28

STIPULATION AND [PROPOSED] SCHEDULING ORDER

IT IS HEREBY STIPULATED THAT:

1. Plaintiff shall file its Amended Complaint by October 11, 2019; and

2. Defendants shall answer or otherwise respond to the Amended Complaint by December 18, 2019.

DATED: August 14, 2019        Respectfully submitted,


By: */s/ John S. Delikanakis*
    John S. Delikanakis (NV Bar #5928)
    *jdelikanakis@swlaw.com*
    David L. Edelblute (NV Bar #14049)
    *dedelblute@swlaw.com*
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada, 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
--and--
LATHAM & WATKINS LLP
 Michele D. Johnson (*admitted pro hac vice*)
 Kristin N. Murphy (*admitted pro hac vice*)
 650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

Attorneys for Defendants *The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen and Allen Wolff*

Dated: August 14, 2019        Respectfully submitted,


By: */s/ Martin L. Welsh*
    Martin L. Welsh (NV Bar # 8720)
    mwelsh@lvlaw.com
    LAW OFFICE OF HAYES & WELSH
    199 N. Arroyo Grande Blvd., Suite 200
    Henderson, Nevada 89074
    Telephone:  (702) 434-3444
    Facsimile:  (702) 434-3739

Liaison Counsel for Plaintiff
*SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

STIPULATION AND [PROPOSED] SCHEDULING ORDER

--and--

LEVI & KORSINSKY, LLP
Donald J. Enright
1101 30th Street NW, Suite 115
Washington, DC 20007

--and--

LAW OFFICE OF CHRISTOPHER J.
GRAY P.C.
Christopher J. Gray, Esq.
360 Lexington Avenue, 14th Floor
New York, New York 10017

Co-Lead Counsel for Plaintiff
*SIPDA Revocable Trust, by Trenton J.*
*Warner, on behalf of itself and all others*
*similarly situated*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: _____August 15_____, 2019