LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
*michele.johson@lw.com*
Kristin N. Murphy (admitted *pro hac vice*)
*kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

SNELL & WILMER L.L.P.
John S. Delikanakis (NV Bar #5928)
*jdelikanakis@swlaw.com*
David L. Edelblute (NV Bar #14049)
*dedelblute@swlaw.com*
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF,<br><br>Defendants. | CASE NO.: 2:19-cv-00428-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR RESPONSE BY DEFENDANTS TO THE AMENDED COMPLAINT** |

Plaintiff SIPDA Revocable Trust ("Plaintiff") and Defendants The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff ("Defendants") (collectively, the "Parties"), through counsel and subject to this Court's approval, hereby stipulate and agree as follows:

- 1 -

1  WHEREAS, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint") in the above-captioned action on October 11, 2019 (Dkt. No. 32);

WHEREAS, pursuant to a prior stipulated order, Defendants are currently scheduled to answer or otherwise respond to the Amended Complaint by December 18, 2019 (Dkt. No. 31);

WHEREAS, Defendants expect to file motions to dismiss and request additional time to respond to the Amended Complaint, with an extension of time through and including January 9, 2020.

WHEREAS, Defendants have conferred with Plaintiff regarding a revised schedule for any motion to dismiss briefing;

WHEREAS, the Parties agree that the following proposed stipulated schedule, below, is agreeable to the Parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. Defendants shall answer or file a motion to dismiss the Amended Complaint by January 9, 2020; and

2. If Defendants move to dismiss the Amended Complaint, Plaintiff shall file and serve opposition papers by March 9, 2020.

*[signatures on following page(s)]*

**IT IS SO ORDERED**

**DATED:** 12/18/19

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| Dated: December 17, 2019. | Respectfully submitted, |

By: */s/ John S. Delikanakis*
John S. Delikanakis (NV Bar #5928)
*jdelikanakis@swlaw.com*
David L. Edelbute (NV Bar #14049)
*dedelbute@swlaw.com*
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

--and--

LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
Kristin N. Murphy (admitted *pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

*Attorneys for Defendants The Parking Reit, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells and Allen Wolff*

Dated: December 17, 2019.     Respectfully submitted,

By: */s/ Christopher J. Gray*
Martin L. Welsh (NV Bar #8720)
*mwelsh@lvlaw.com*
LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Tel: (702) 434-3444
Fax: (702) 434-3739
Liaison Counsel for Plaintiff
*SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

--and--

LEVI & KORSINSKY, LLP
Donald J. Enright
1101 30th Street NW, Suite 115
Washington, DC 20007

--and--

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray, Esq.
360 Lexington Avenue, 14th Floor
New York, New York 10017
Co-Lead Counsel for Plaintiff
*SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

Submitted by:

SNELL & WILMER L.L.P.

By: */s/ John S. Delikanakis*
John S. Delikanakis (NV Bar #5928)
*jdelikanakis@swlaw.com*
David L. Edelbute (NV Bar #14049)
*dedelbute@swlaw.com*
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

--and--

LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
Kristin N. Murphy (admitted *pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

*Attorneys for Defendants The Parking Reit, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells and Allen Wolff*

# **CERTIFICATE OF SERVICE**

On December 17, 2019, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

Christopher J. Gray, Esq.
**LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.**
360 Lexington Ave., 14th Floor
New York, NY 10017
gray@cjgraylaw.com

Donald J. Enright, Esq.
**LEVI & KORSINSKY LLP**
11-1 30th Street, N.W., Ste. 115
Washington, DC 20007
denright@zlk.com

Joshua B. Kons, Esq.
**LAW OFFICES OF JOSHUA B. KONS, LLC**
100 Pearl Street, 14th Floor
Hartford, CT 06103
joshuakons@konslaw.com

Martin L. Welsh, Esq.
**LAW OFFICE OF HAYES & WELSH**
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074
mwelsh@lvlaw.com
*Attorneys for Plaintiff SIPDA Revocable Trust by Trenton J. Warner, Director, on behalf of itself and all other similarly situated*

          */s/ D'Andrea Dunn*
          An employee of SNELL & WILMER L.L.P.

4826-1078-6991