MARTIN L. WELSH (NV Bar #8720)
mwelsh@lvlaw.com
LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739

LEVI & KORSINSKY, LLP
Daond J. Enright (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray (admitted *pro hac vice*)
360 Lexington Avenue, 14th Floor
New York, New York 10017
Co-Lead Counsel for Plaintiff

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF,<br><br>Defendants. | CASE NO.: 2:19-cv-00428-APG-BNW<br><br>**STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME FOR:**<br><br>**(1) RESPONSES BY PLAINTIFF TO THE DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT; AND**<br><br>**(2) REPLY MEMORANDA BY DEFENDANTS** |

Plaintiff SIPDA Revocable Trust ("Plaintiff") and Defendants The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas

Nilsen, William Wells, and Allen Wolff ("Defendants") (collectively, the "Parties"), by and through their counsel and subject to this Court's approval, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint") in the above-captioned action on October 11, 2019 (Dkt. No. 32);

WHEREAS, Defendants filed their respective motions to dismiss the Amended Complaint on January 9, 2020 (Dkt. Nos. 36 & 38):

WHEREAS, pursuant to prior stipulated order, Plaintiff is currently scheduled to file responses to the motions to dismiss on March 9, 2020;

WHEREAS, Plaintiff and Defendants, through counsel, have conferred regarding a revised schedule for briefing;

WHEREAS, the Parties agree that the following proposed stipulated revised schedule, below, is agreeable to the Parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. Plaintiff shall file and serve opposition papers in response to the respective motions to dismiss the Amended Complaint (Dkt. Nos. 36 & 38) on or before March 19, 2020; and

2. Defendants shall file and serve reply papers on or before April 21, 2020.

[*signatures on following page(s)*]

## ORDER

**IT IS SO ORDERED** as follows:

1. Plaintiff shall file and serve opposition papers in response to the respective motions to dismiss the Amended Complaint (ECF Nos. 36 and 38) on or before March 19, 2020; and

2. Defendants shall file and serve reply papers on or before April 21, 2020.

Dated: March 5, 2020.

_____
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: March 5, 2020 | Respectfully submitted by: |

                                           */s/ Martin L. Welsh*
                                           Martin L. Welsh (NV Bar #8720)
                                           mwelsh@lvlaw.com
                                           LAW OFFICE OF HAYES & WELSH
                                           199 N. Arroyo Grande Blvd., Suite 200
                                           Henderson, Nevada 89074
                                           Tel: (702) 434-3444
                                           Fax: (702) 434-3739
                                           Liaison Counsel for Plaintiff
                                           *SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

                                           --and--

                                           LEVI & KORSINSKY, LLP
                                           Donald J. Enright (admitted *pro hac vice*)
                                           1101 30th Street NW, Suite 115
                                           Washington, DC 20007

                                           --and--

                                           LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
                                           Christopher J. Gray, Esq. (admitted *pro hac vice*)
                                           360 Lexington Avenue, 14th Floor
                                           New York, New York 10017
                                           Co-Lead Counsel for Plaintiff
                                           *SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

                                           and

| | |
|---|---|
| 1 | SNELL & WILMER L.L.P. |
| 2 | By: */s/ **John S. Delikanakis**  by Martin L. Welsh w/permission* |
| 3 | John S. Delikanakis (NV Bar #5928) |
| | *jdelikanakis@swlaw.com* |
| 4 | David L. Edelbute (NV Bar #14049) |
| | *dedelbute@swlaw.com* |
| 5 | 3883 Howard Hughes Parkway, Suite 1100 |
| | Las Vegas, Nevada  89169 |
| 6 | Telephone: (714) 540-1235 |
| 7 | --and-- |
| 8 | LATHAM & WATKINS LLP |
| | Michele D. Johnson (admitted *pro hac vice*) |
| 9 | Kristin N. Murphy (admitted *pro hac vice*) |
| | 650 Town Center Drive, 20th Floor |
| 10 | Costa Mesa, California 92626 |
| | *Attorneys for Defendant Michael Shustek* |
| 11 | |
| | and |
| 12 | |
| 13 | LEWIS ROCA ROTHBERGER CHRISTIE LLP |
| 14 | By:  */s/ **Ogonna Brown** by Martin L. Welsh w/permission* |
| | Ogonna Brown, Esquire |
| 15 | Nevada State Bar No. 7589 |
| | Brian Blakley, Esq. |
| 16 | Nevada Bar No. 13074 |
| 17 | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| 18 | Telephone: (702) 474-2622 |
| | Facsimile: (702) 949-8298 |
| 19 | |
| | VENABLE LLP |
| 20 | G. Stewart Webb, Jr., Esq. (admitted *pro hac vice*) |
| 21 | John T. Prisbe, Esq. (admitted *pro hac vice*) |
| | Evan T. Shea, Esq. (admitted *pro hac vice*) |
| 22 | (750 East Pratt Street, Suite 900 |
| | Baltimore, Maryland 21202 |
| 23 | Telephone: (410) 244-7400 |
| | Facsimile: (410) 244-7742 |
| 24 | |
| 25 | *Attorneys for Defendants The Parking REIT, Inc., Robert J. Aalberts, David Chavez, John E. Dawson,* |
| 26 | *Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff* |
| 27 | |
| 28 | |