1 | MARTIN L. WELSH (NV Bar #8720)
mwelsh@lvlaw.com
2 | LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
3 | Henderson, Nevada 89074
Telephone: (702) 434-3444
4 | Facsimile: (702) 434-3739

5 | LEVI & KORSINSKY, LLP
Daond J. Enright (admitted *pro hac vice*)
6 | 1101 30th Street NW, Suite 115
Washington, DC 20007

8 | LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray (admitted *pro hac vice*)
9 | 360 Lexington Avenue, 14th Floor
New York, New York 10017
10 | Co-Lead Counsel for Plaintiff

11 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF,<br><br>Defendants. | Case No.: 2:19-cv-00428-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSIONS OF TIME FOR:**<br><br>**(1) RESPONSES BY PLAINTIFF TO THE DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT; AND**<br><br>**(2) REPLY MEMORANDA BY DEFENDANTS**<br><br>**(SECOND REQUEST)** |

Plaintiff SIPDA Revocable Trust ("Plaintiff") and Defendants The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff (collectively "Defendants") (Plaintiff and Defendants collectively as the "Parties"), by and through their counsel and subject to this Court's approval, hereby stipulate and agree as follows:

1       WHEREAS, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint")
2 in the above-captioned action on October 11, 2019 (Dkt. No. 32);

3       WHEREAS, Defendants filed their respective motions to dismiss the Amended Complaint on
4 January 9, 2020 (Dkt. Nos. 36 & 38):

5       WHEREAS, pursuant to prior stipulated order, Plaintiff is currently scheduled to file
6 responses to the motions to dismiss on March 19, 2020;

7       WHEREAS, Plaintiff and Defendants, through counsel, have conferred regarding a revised
8 schedule for briefing;

9       WHEREAS, the Parties agree that the following proposed stipulated revised schedule, below,
10 is agreeable to the Parties.

11       THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties,
12 through their undersigned counsel, as follows:

13       1.    Plaintiff shall file and serve opposition papers in response to the respective motions to
14 dismiss the Amended Complaint (Dkt. Nos. 36 & 38) on or before April 3, 2020; and

15       2.    Defendants shall file and serve reply papers on or before May 5, 2020.

*[signatures on following page(s)]*

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | Respectfully submitted by: |
| 2 | | |
| 3 | |    */s/ **Martin L. Welsh*** <br> Martin L. Welsh (NV Bar #8720) <br> *mwelsh@lvlaw.com* |
| 4 | | LAW OFFICE OF HAYES & WELSH <br> 199 N. Arroyo Grande Blvd., Suite 200 |
| 5 | | Henderson, Nevada 89074 <br> Tel:   (702) 434-3444 |
| 6 | | Fax:  (702) 434-3739 |

*Liaison Counsel for Plaintiff*
*SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

--and--

LEVI & KORSINSKY, LLP
Donald J. Enright (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007

--and--

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray, Esq. (admitted *pro hac vice*)
360 Lexington Avenue, 14th Floor
New York, New York 10017

Co-Lead Counsel for Plaintiff
*SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

Dated: March 13, 2020

SNELL & WILMER L.L.P.

*/s/ John S. Delikanakis*
   *by Martin L. Welsh w/permission*
John S. Delikanakis (NV Bar #5928)
*jdelikanakis@swlaw.com*
David L. Edelbute (NV Bar #14049)
*dedelbute@swlaw.com*
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (714) 540-1235

  --and--

LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
Kristin N. Murphy (admitted *pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

Attorneys for Defendant *MICHAEL SHUSTEK*

and

LEWIS ROCA ROTHBERGER CHRISTIE LLP

*/s/ Ogonna Brown by Martin L. Welsh w/permission*
Ogonna Brown, Esq. (NV State Bar No. 7589)
Brian Blakley, Esq. (NV Bar No. 13074)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298

VENABLE LLP
G. Stewart Webb, Jr., Esq. (admitted *pro hac vice*)
John T. Prisbe, Esq. (admitted *pro hac vice*)
Evan T. Shea, Esq. (admitted *pro hac vice*)
(750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742

Attorneys for Defendants
*The Parking REIT, Inc., Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff*

**<u>ORDER</u>**

**IT IS SO ORDERED** as follows**:**

1. Plaintiff shall file and serve opposition papers in response to the respective motions to dismiss the Amended Complaint (Dkt. Nos. 36 & 38) on or before April 3, 2020; and

2. Defendants shall file and serve reply papers on or before May 5, 2020.

Dated: March 13, 2020.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

On March 13, 2020, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

　　　　　　　　　　　　　　　　　　*/s/ Martin L. Welsh*