1  Ogonna M. Brown, Esq.
   Nevada Bar No. 7589
2  Brian D. Blakley, Esq.
   Nevada Bar No. 13074
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
5  Fax: (702) 949-8298

6  VENABLE LLP
   G. Stewart Webb, Jr., Esq. (pro hac vice)
7  John T. Prisbe, Esq. (pro hac vice)
   Evan T. Shea, Esq. (pro hac vice)
8  750 East Pratt Street, Suite 900
9  Baltimore, Maryland 21202
   Telephone: (410) 244-7400
10 Facsimile: (410) 244-7742

11 *Attorneys for Defendants The Parking REIT, Inc., Robert Aalberts,*
12 *David Chavez, John Dawson, Shawn Nelson, Nicholas Nilsen,*
   *William Wells, and Allen Wolff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Trustee, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN, WILLIAM WELLS and ALLEN WOLFF,<br><br>Defendants. | CASE NO. 2:19-cv-00428-APG-BNW<br><br>**UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN CONNECTION WITH PENDING DISMISSAL MOTION**<br><br>**ORDER** |

#49520708

      Defendants The Parking REIT, Inc. ("TPR" or the "Company") and the Independent Directors (Aalberts, Chavez, Dawson, Nelson, Nilsen, Wells, and Wolff, and collectively with TPR, the "TPR Defendants"), through counsel and pursuant to Local Rule 7-2(g), move for leave of Court to submit a copy of the June 25, 2020 decision by the United States Court of Appeals for the Eleventh Circuit in *Freedman v. magicJack Vocaltec, Ltd.*, __ F.3d ___ , 2020 WL 3467396 (11th Cir. 2020) as supplemental authority relevant to their pending motion to dismiss.  For this motion, the TPR Defendants state as follows:

      1.    On January 9, 2020, the TPR Defendants filed a motion to dismiss (the "Dismissal Motion," ECF No. 38) as to plaintiff's first amended complaint (the "FAC," ECF No. 32).

      2.    On May 5, 2020, the TPR Defendants filed a reply memorandum ( the "Reply," ECF No. 58) in connection with that Dismissal Motion.

      3.    In both the Dismissal Motion and the Reply, the TPR Defendants cited the District Court decision of *Freedman v. magicJack Vocaltec, Ltd.*, 2018 WL 6110996 (S.D. Fla. Nov. 21, 2018) as support for the propositions that plaintiff in this case has not pled a viable direct stockholder claim and that the matters alleged in the FAC are derivative in nature.  *See* Dismissal Motion, ECF No. 38, at 11-12; Reply, ECF No. 58, at 3.

      4.    The TPR Defendants' dismissal papers also noted that an appeal had been filed in *Freedman* and that the appeal was then pending.

      5.    On June 25, 2020, in a published opinion, the United States Court of Appeals for the Eleventh Circuit issued its decision in the appeal and affirmed.  A copy of the Eleventh Circuit's decision in *Freedman v. magicJack Vocaltec, Ltd.*, __ F.3d ___, 2020 WL 3467396 (11th Cir. 2020) is attached hereto as Exhibit 1.  The Eleventh Circuit's recent decision is supplemental authority for the TPR Defendants' Dismissal Motion and was not available when the TPR  Defendants' prior papers were filed.

      6.    The TPR Defendants respectfully request leave to submit the attached published opinion of the Eleventh Circuit in *Freedman v. magicJack Vocaltec, Ltd.*, __ F.3d ___ , 2020 WL 3467396 (11th Cir. 2020) as supplemental authority.

1

Lewis Roca ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
#49520708

7. Counsel for the TPR Defendants has inquired of counsel for all other parties and been informed that there is no opposition to this Court granting leave to the TPR Defendants for the submission of the Eleventh Circuit's recent decision in *Freedman*.

Dated: July 14, 2020

/s/ Ogonna M. Brown
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Brian D. Blakley, Esq.
Nevada Bar No. 13074
LEWIS ROCA ROTHBERGER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298

VENABLE LLP
G. Stewart Webb, Jr., Esq. (pro hac vice)
John T. Prisbe, Esq. (pro hac vice)
Evan T. Shea, Esq. (pro hac vice)
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742

*Attorneys for Defendants The Parking REIT, Inc., Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff*

**IT IS SO ORDERED**

_____
United States District Judge
Dated: July 17, 2020.

#49520708