LAW OFFICE OF HAYES & WELSH
Martin L. Welsh, Esq. (NVB # 8720)
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739
Email: mwelsh@lvlaw.com

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray, Esq. (Admitted *Pro Hac Vice*)
360 Lexington Ave, 14th Floor
New York, New York 10017
Telephone: (866) 966-9598
Facsimile: (212) 937-3139
Email: chris@investorlawyers.net

LEVI & KORSINSKY LLP
Donald J. Enright, Esq. (Admitted *Pro Hac Vice*)
1101 30th Street, NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121
Email: denright@zlk.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF,<br><br>Defendants. | Case No. 2:19-cv-00428-APG-NJK<br><br>**ORDER GRANTING CONSENT MOTION TO STAY ACTION PENDING MEDIATION** |

1  Lead Plaintiff SIPDA Revocable Trust, by Trenton J. Warner, Director ("Plaintiff") having filed a motion ("Motion") for an Order staying this action for a period of sixty (60) days pending contemplated settlement discussions to be engaged in by the parties with the assistance of a private mediator, and the Court being advised that Defendants do not oppose the application,

IT IS HEREBY ORDERED as follows:

Plaintiff's Motion is granted.  This action is stayed until sixty (60) days following the entry of this Order.

DATED this  15th  day of   September   , 2020

_____
U.S. DISTRICT COURT JUDGE
Case No. 2:19-cv-00428-APG-NJK

[PROPOSED] ORDER GRANTING CONSENT MOTION TO
STAY ACTION PENDING MEDIATION