# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, | Case No.: 2:19-cv-00428-APG-BNW |
| Plaintiff | **Order for Status** |
| v. | |
| THE PARKING REIT, INC., et al., | |
| Defendants | |

On September 15, 2020, I granted the plaintiff's motion to stay this action for 60 days while the parties discussed settlement and engaged in a mediation. ECF No. 71. That stay has expired.

I THEREFORE ORDER that by November 27, 2020, the parties shall file a status report regarding settlement.

DATED this 18th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE