# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SIPDA REVOCABLE TRUST,

    Plaintiff

v.

THE PARKING REIT, INC.,

    Defendant

Case No.: 2:19-cv-00428-APG-BNW

**Order Denying Motions to Dismiss as Moot**

[ECF Nos. 36, 38]

In light of the parties' status report (ECF No. 73) indicating that they have settled this matter,

I ORDER that the defendants' motions to dismiss **(ECF Nos. 36, 38) are DENIED as moot**, without prejudice to refile if necessary.

I FURTHER ORDER that all case deadlines are stayed and the parties shall file a status report by February 16, 2021.

DATED this 30th day of November, 2020.

                ANDREW P. GORDON
                UNITED STATES DISTRICT JUDGE