1  MARTIN L. WELSH (NV Bar #8720)
   mwelsh@lvlaw.com
2  LAW OFFICE OF HAYES & WELSH
   199 N. Arroyo Grande Blvd., Suite 200
3  Henderson, NV 89074
   Telephone: (702) 434-3444
4  Facsimile: (702) 434-3739

5  *Attorneys for Plaintiff*

6

7  SNELL & WILMER L.L.P.
   John S. Delikanakis (NV Bar #5928)
8  jdelikanakis@swlaw.com
   David L. Edelblute (NV Bar #14049)
9  dedelblute@swlaw.com
   3883 Howard Hughes Parkway, Suite 1100
10 Las Vegas, NV 89169-5958
   Telephone: (702) 784-5259
11 Facsimile: (702) 784-5252

12 *Attorneys for Defendant Michael V. Shustek*

OGONNA M. BROWN
obrown@lrrc.com
Nevada Bar No. 7589
BRIAN D. BLAKLEY
bblakley@lrrc.com
Nevada Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8298

*Attorneys for Defendants The Parking REIT, Inc., Robert Aalberts, David Chavez, John Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN and ALLEN WOLFF,<br><br>Defendants. | CASE NO.: 2:19-cv-00428-APG-BNW<br><br>**ORDER OF DISMISSAL** |

Upon the Unopposed Motion of All Parties for Dismissal of this Action and no motion for class certification having been filed in this putative class action and no class having been certified,

- 1 -

IT IS HEREBY ORDERED as follows:

The Unopposed Motion of All Parties for Dismissal of this Action is hereby GRANTED, and the Action is DISMISSED WITH PREJUDICE, subject to this dismissal being set aside upon motion by Plaintiff and the Action reopened if the Effective Date as defined in Section 4.14 of the Stipulation and Agreement of Compromise, Settlement and Release ("the Settlement Stipulation") filed in *Magowski v. The Parking REIT, Inc., et al.,* Case No. 24-C-19-003125, pending in the Circuit Court for Baltimore City, Maryland, does not occur within 60 days of the date of this Order. For avoidance of doubt, in the event the Effective Date as defined in Section 4.14 of the Settlement Stipulation does not occur within 60 days of the date of this Order, (a) this action may be reopened as provided above, in which event, the parties will be restored to their positions prior to entry of this Order of Dismissal, and Defendants shall not assert that this Order of Dismissal has any impact on SIPDA's right thereafter to prosecute this action in any way, or (b) for good cause, shown, the parties may request an extension of the 60-day period for reopening this action. If the extension is not granted, this action shall be reopened as provided herein.

DATED this 22nd day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2: 19-cv-00428-APG-NJK

51638010.2