MARTIN L. WELSH (NV Bar #8720)
mwelsh@lvlaw.com
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739

LEVI & KORSINSKY, LLP
Donald J. Enright (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray (admitted *pro hac vice*)
360 Lexington Avenue, 14th Floor
New York, New York 10017
Co-Lead Counsel for Plaintiff

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIPDA REVOCABLE TRUST, by Trenton J. Warner, Director, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PARKING REIT, INC., MICHAEL V. SHUSTEK, ROBERT J. AALBERTS, DAVID CHAVEZ, JOHN E. DAWSON, SHAWN NELSON, NICHOLAS NILSEN, WILLIAM WELLS and ALLEN WOLFF,<br><br>Defendants. | CASE NO.: 2:19-cv-00428-APG-BNW<br><br>**JOINT REPORT CONCERNING ORDER OF DISMISSAL** |

Plaintiff SIPDA Revocable Trust ("Plaintiff" or "SIPDA") and Defendants The Parking REIT, Inc., Michael V. Shustek, Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff ("Defendants") (collectively, the "Parties")—through their respective undersigned counsel—jointly file this Joint Report to confirm that all conditions for the "Effective Date" of the Settlement as defined in Section 4.14 of the "Stipulation

and Agreement of Compromise, Settlement and Release" as of April 6, 2021 have occurred and the "Effective Date" of the Settlement is August 26, 2021, which date is within sixty (60) days of this Court's Order of Dismissal of July 22, 2021 (the "July 22 Dismissal Order"). Accordingly, the condition in the July 22 Dismissal Order for reopening this action no longer applies, and this this action is concluded and dismissed for all purposes as provided in the July 22 Dismissal Order (ECF No. 76).

Dated: August 31, 2021.

Respectfully submitted,

By:
   */s/ Martin L. Welsh*

Martin L. Welsh (NV Bar #8720)
mwelsh@lvlaw.com
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Tel:    (702) 434-3444
Fax:   (702) 434-3739

*Liaison Counsel for Plaintiff
SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

--and--

LEVI & KORSINSKY, LLP
Donald J. Enright (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007

--and--

LAW OFFICE OF CHRISTOPHER J. GRAY P.C.
Christopher J. Gray, Esq. (admitted *pro hac vice*)
360 Lexington Avenue, 14th Floor
New York, New York 10017

*Co-Lead Counsel for Plaintiff
SIPDA Revocable Trust, by Trenton J. Warner, on behalf of itself and all others similarly situated*

--and--

#53036234

SNELL & WILMER L.L.P.

By:

  /s/ *John S. Delikanakis by Martin L. Welsh w/permission*
John S. Delikanakis (NV Bar #5928)
*jdelikanakis@swlaw.com*
David L. Edelbute (NV Bar #14049)
*dedelbute@swlaw.com*
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (714) 540-1235

--and—

LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
Kristin N. Murphy (admitted *pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

*Attorneys for Defendant Michael Shustek*

--and--

LEWIS ROCA ROTHBERGER CHRISTIE LLP

By:

  /s/ Ogonna Brown *by Martin L. Welsh w/permission*  .
OGONNA BROWN, ESQUIRE
Nevada State Bar No. 7589
Brian Blakely, Esq.
Nevada Bar No. 13074
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298

VENABLE LLP
G. Stewart Webb, Jr., Esq. (admitted pro hac vice)
John T. Prisbe, Esq. (admitted pro hac vice)
Evan T. Shea, Esq. (admitted pro hac vice)
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742

*Attorneys for Defendants The Parking REIT, Inc., Robert J. Aalberts, David Chavez, John E. Dawson, Shawn Nelson, Nicholas Nilsen, William Wells, and Allen Wolff*

- 3 -

#53036234

**CERTIFICATE OF SERVICE**

On <u>August 31, 2021</u>, I, the undersigned, served the foregoing document entitled: *JOINT REPORT CONCERNING ORDER OF DISMISSAL*, on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

                                         */s/ Kathleen Bratton*
                                         An employee of Law Office of Hayes & Welsh

#53036234